160 A.3d 707

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ANTO-NIO WILLIAMS (A/K/A ALTONIA WILLIAMS, ASA FANN, ATO-NIOY WILLIAMS, ANTONIO FANN, ANTHONY A. WILLIAMS, SHY GUY, ALTONIA D. WILLIAMS, AND ASA WILLIAMS), DEFENDANT–PETITIONER.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004497–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 708

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ROBERT T. BROWN, DEFENDANT–PETITIONER.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004988–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.